# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Chen, Raymond T. | 2. Court or Organization<br><br>Court of Appeals for Federal Circuit | 3. Date of Report<br><br>08/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of San Diego School of Law | 1/15/2015, 1/16/2015 | San Diego, CA | Activity of professional association (Speaker) | Airfare; lodging, meals; taxi fare to/from residence. |
| 2. | Intellectual Property Law Association of Chicago/ R.Linn American Inn of Courts Joint | 3/12/2015, 3/13/2015 | Chicago, IL | Activity of professional association (Panelist) | Airfare; lodging, meals; transportation to/ from airport and residence. |
| 3. | Q.Todd Dickinson IP American Inns of Court | 3/23/2015, 3/24/2015 | Pittsburgh, PA | Activity of professional association (Speaker) | Airfare; lodging and meals; taxi fare. |
| 4. | New York Intellectual Property Law Association | 3/27/2015 | New York City, NY | Activity of professional association | Lodging, meals (2 attendees) and parking. |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chen, Raymond T. | 08/10/2016 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | New Jersey Intellectual Property Law Association | 6/5/2015 | Short Hills, NJ | Activity of professional association | Train; lodging and meals. |
| 6. | Federal Circuit Bar Association | 6/24/2015, 6/25/2015, 6/26/2015 | Dana Point, CA | Activity of professional association (Panelist) | Airfare; lodging, meals; car rental; taxi fare. |
| 7. | Intl Prpty Court, College of Law of Natl Taiwan Univ., Taiwan Patent Atty Assoc Joint | 8/24/2015, 8/25/2015, 8/26/2015, 8/27/2015, 8/28/2015 | Taipei, Taiwan | Activity of professional associations (Speaker) | Airfare; lodging, meals; taxi fare (2 attendees). |
| 8. | Georgia Bar Association (IP Law Summit) | 11/12/2015, 11/13/2015 | Cancun, Mexico | Activity of professional association (Panelist) | Airfare; lodging, meals (2 attendees). |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 08/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Financial National Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CollegeBoundfund Age-Based Moderate Growth Portfolio | | None | N | T | | | | | |
| 2. SunTrust Bank Accounts | A | Interest | K | T | | | | | |
| 3. Fidelity Cash Reserves | A | Interest | M | T | | | | | |
| 4. AllianceBernstein Balance Wealth Strategy Fund | A | Dividend | J | T | | | | | |
| 5. JNL/Mellon Capital Management 25 Fund | | None | L | T | | | | | |
| 6. JNL/Mellon Capital Management Oil & Gas Sector | | None | K | T | | | | | |
| 7. JNL/Ivy Asset Strategy | | None | M | T | | | | | |
| 8. JNL/S&P Intrinsic Value | | None | L | T | | | | | |
| 9. JNL/Mellon Capital Healthcare Sector | | None | K | T | | | | | |
| 10. JNL/Mellon Capital Small Cap Index | | None | K | T | | | | | |
| 11. JNL/S&P Total Yield | | None | L | T | | | | | |
| 12. JNL/Mellon Capital S&P SMid60 | | None | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Raymond T. | 08/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond T. Chen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544